# EXHIBIT 1

Text Messages Received by Plaintiff from (402) 259-0196

2:31

+1 (402) 259-0196

**Siri Found a Contact**
Annie
+1 (402) 259-0196
Add

Text Message • SMS
Wed, Jun 10 at 12:50 PM

Hey Colby, it's Annie from NE Roofing. We are in Omaha offering free roof estimates.

Would you be interested?

Today 2:30 PM

Hey Colby, it's Alex from NE Roofing. We are in Omaha offering free roof estimates.

Would you be interested?

If you did not expect this message from an unknown sender, it may be spam.

Report Spam

Text Message • SMS

# EXHIBIT 2

National Do Not Call Registry Registration Confirmation

**From:** Verify@donotcall.gov
**Date:** July 16, 2026 at 6:47:38 PM CDT
**To**[redacted]2@gmail.com
**Subject: National Do Not Call Registry - Your Registration Is Confirmed**

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 6437 on December 17, 2004. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

************************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

# EXHIBIT 3

Carrier Lookup Result for (402) 259-0196

FIND THE CARRIER OF A NUMBER

402-259-0196

Look up

CARRIER

**Bandwidth.com**

| | |
|---|---|
| Line type | Voip |
| Country | United States — Nebraska |
| Number | **+1 402-259-0196** |
| Valid | Yes |

⇄ You're seeing the **original carrier** — the network this number was first allocated to. If it's been ported since, a different network serves it today.

Look up its current carrier →

Run carrier lookup on a whole list

Get 1,000 Free Lookups →

# EXHIBIT 4

Nebraska Secretary of State Corporate and Business Entity Search Results

Official Nebraska Government Website
NEBRASKA.GOV
All State Agencies | All State Services |

Nebraska Secretary of State

Corporate & Business Search    New Search    FAQs / Help

Sat Jul 18 14:12:24 2026

**Use the New Search option above to try your search again, or perform another search.**
**It is not recommended to use the browser's back button to return to the search screen.**

## Search Results

Your search has returned 6 results. Select the Details button to view the registration details and filed documents.

Previous Page 1 Next Page

**Primary Sort:** No Sort    **Secondary Sort:** No Sort

Page 1 / Results 1 - 6

| Name | Secretary of State Account Number | Type | Status | |
|---|---|---|---|---|
| NEAR BY NEIGHBORS LLC | 2303127230 | Domestic LLC | Inactive | Details |
| NEH ROOFING, INC | 10177830 | Domestic Corp | Inactive | Details |
| NEREPO, INC. | 10122502 | Domestic Corp | Inactive | Details |
| NERO VAN CO., L.L.C. | 2208156726 | Domestic LLC | **Active** | Details |
| NEWREVENUECHANNELS, L.L.C. | 10162380 | Domestic LLC | Inactive | Details |
| NR FINANCE COMPANY, INC. | 10049127 | Domestic Corp | **Active** | Details |

Back to Top

Page 1 / Results 1 - 6

Previous Page 1 Next Page

# EXHIBIT 5

Bandwidth Legal Department Auto-Response to Request for Accountholder Identity and Records Preservation, dated July 17, 2026

Gmail

Mark Javitch <mark@javitchlawoffice.com>

**IMPORTANT Auto Response - Please Read Request for Accountholder Identity and Records Preservation — (402) 259-0196**

1 message

**Bandwidth Legal Department** <uslawenforcement@bandwidth.com> Fri, Jul 17, 2026 at 9:50 AM
Reply-To: Bandwidth Legal Department <uslawenforcement@bandwidth.com>
To: Mark Javitch <mark@javitchlawoffice.com>

bandwidth

**THIS IS AN AUTO RESPONSE**
**PLEASE REVIEW THE INFORMATION BELOW CAREFULLY**

*If your request is exigent please contact our Exigent Response Team at 888-398-2263 and advise the agent you have an exigent matter involving a number on the Bandwidth network.*

***Exigent requests must be from a verifiable member of law enforcement with a declared exigent situation. This team will not respond to any matter which is not exigent. When you call the Exigent Response Team, you must provide them with Bandwidth Ticket # 188645.***

**IMPORTANT NOTE: SINCE BANDWIDTH IS A VOIP PROVIDER THERE IS NO PINGABLE, GPS, OR CELL SITE LOCATION INFORMATION NATIVE TO OUR NUMBERS**

*If your request is for non-exigent target number verification in accordance with our posted Law Enforcement Guide, including routine or historical records, then your request has been received. We strive to respond in 1-2 business days. We appreciate your patience and will process the target numbers as soon as possible.*

****THIS EMAIL ADDRESS IS FOR AUTHORIZED ENTITIES ONLY****

*The Law Enforcement Response Team is not able to take any action in response to inquiries from members of the general public. For more information our complete Law Enforcement Guide can be found at www.bandwidth.com/legal.*

This email is a service from Bandwidth.

bandwidth

**THE POWER TO COMMUNICATE**

Privacy Notice