Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| COLBY RINKER, individually, and on behalf of all similarly situated,<br>Plaintiff,<br>v.<br>JOHN DOE d/b/a "NE ROOFING," et al.<br>Defendants. | Case No.: 8:26-cv-00349-RCC<br><br>**RENEWED MOTION FOR LEAVE TO SERVE A FOLLOW-ON SUBPOENA** |

Plaintiff Colby Rinker respectfully renews his request, under Federal Rule of Civil Procedure 26(d)(1) and this Court's Order of July 22, 2026 (Filing No. 5), for leave to serve one additional Rule 45 subpoena to identify the Defendant. The Court previously granted Plaintiff leave to subpoena Bandwidth.com CLEC, LLC and denied without prejudice Plaintiff's request to serve follow-on subpoenas, directing that "[s]hould Bandwidth's response identify such an entity, Plaintiff shall seek leave of court, supported by an affidavit describing the information obtained and the additional discovery sought, before serving any further subpoena." Order of July 22, 2026. Bandwidth has now responded and identified such an entity, and Plaintiff brings this renewed motion as the Order directs.

Plaintiff served the authorized subpoena on Bandwidth on July 27, 2026. On August 27, 2026, Bandwidth responded that the telephone number at issue, (402) 259-0196, was assigned during the relevant period to Bandwidth's wholesale customer, Peerless Networks, Inc., for voice services, and that as a wholesale provider Bandwidth does not have a relationship with the subscriber. Bandwidth further stated that its wholesale customer "is the only source for complete records and information relating to the telephone number and subscriber." Peerless Networks, Inc. is therefore the entity that can identify the Defendant, and Plaintiff seeks leave to serve the proposed subpoena attached as Exhibit 1 to the Supplemental Declaration of Mark L. Javitch.

Dated: September 2, 2026

Respectfully submitted,

By: s/ Mark L. Javitch
Bar Number: CA 323729
Attorney for Plaintiff
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, California 94401
Telephone: (650) 781-8000
Fax: (650) 300-0343
Email: mark@javitchlawoffice.com

*Attorneys for Plaintiff and the Putative Class*