IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLBY RINKER, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, the person or entity that placed telephone solicitations from telephone number (402) 259-0196; and DOES 2-10,<br><br>Defendants. | **8:26CV349**<br><br>**ORDER** |

Having considered Plaintiff's Renewed Motion for Leave to Serve a Follow-On Subpoena (Filing No. 6), the supporting Brief, and the Supplemental Declaration of Mark L. Javitch, and being fully advised, the Court finds good cause under Federal Rule of Civil Procedure 26(d)(1) and consistent with its Order of July 22, 2026.

IT IS ORDERED that:

1. Plaintiff's Renewed Motion (Filing No. 6) is GRANTED.
2. Plaintiff may serve the Rule 45 subpoena attached as Exhibit 1 to the Supplemental Declaration of Mark L. Javitch on Peerless Networks, Inc.
3. The subpoena shall be limited to information reasonably necessary to identify the Defendant and effect service of process, and shall not seek the contents of any communication.

4. Peerless Networks, Inc. shall respond within the time provided by Rule 45 and shall preserve all records responsive to the subpoena pending its response.
5. Plaintiff shall file an amended complaint naming the Defendant within thirty (30) days after obtaining information sufficient to identify the Defendant.

Dated this 4th day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge